Jeanette L. MYERS, Appellee

v.

**Paul J. MYERS, II, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 15, 2011.

Decided Sept. 29, 2011.

Shawn Patrick McLaughlin, Matthew Donald Menges, Menges, McLaughlin, Cunningham & Kalasnik, P.C., York, for Paul J. Myers, II.

Lauren Beth Kearney, Edward Andrew Paskey, Kagen, MacDonald & France, P.C., York, for Jeanette L. Myers.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY, ORIE MELVIN, JJ.

## ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**